**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2926-23

CAROLYN J. WALDVOGEL,

     Plaintiff-Appellant,

v.

WALMART, INC., and
BISERKA NIKOLOVA,

     Defendants-Respondents.

_____

Submitted March 25, 2025 – Decided May 22, 2025

Before Judges Sumners and Perez Friscia.

On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-6576-21.

Levinson Axelrod, PA, attorneys for appellant (Patrick J. Flinn, on the briefs).

D'Arcambal Ousley & Cuyler Burk, LLP, attorneys for respondents (Elizabeth McPhillips, on the brief).

PER CURIAM

    The parties having filed a stipulation of dismissal, it is hereby ordered

that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

*M.C. Harley*

Clerk of the Appellate Division

2

A-2926-23